UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GERALD STOKLEY, | ) | CASE NO. 1:15-cv-2723 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | OPINION AND ORDER |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is a joint motion to remand this case to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), and to enter judgment pursuant to Fed. R. Civ. P. 58. (Doc. No. 14.) The joint motion states that:

> Upon remand, the ALJ will reassess whether claimant met a listing and, in particular, any of the listings for cardiac impairments. If claimant did not meet a listing, the ALJ will reassess claimant's residual capacity, take further action to complete the administrative record resolving the above issues, and issue a new decision.

(Doc. No. 14.)

Upon consideration, the parties' joint motion is GRANTED.

The Commissioner's decision is reversed and this matter is remanded for further proceedings consistent with the relief requested in the parties' joint motion, as set forth above.

A Judgment Entry will be separately published.

**IT IS SO ORDERED**.

Dated: July 8, 2016

                                               **HONORABLE SARA LIOI**
                                               **UNITED STATES DISTRICT JUDGE**